IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASES NO. 4:08cr49-RH/CAS
4:11cv589-RH/CAS

DON WARNER REINHARD,

    Defendant.

_____/

### ORDER DENYING THE § 2255 MOTION

The defendant Don Warner Reinhard pleaded guilty and was sentenced. The conviction and sentence were upheld on appeal. Mr. Reinhard now challenges the sentence under 28 U.S.C. § 2255, asserting five claims. The motion is before the court on the magistrate judge's report and recommendation, ECF No. 129.

The report and recommendation concludes that all five claims are unfounded on the merits. This order accepts the report and recommendation on two narrower grounds. First, to the extent a claim affects only the proper length of Mr. Reinhard's prison sentence, the claim is moot, because Mr. Reinhard has completed his term in custody. Second, to the extent a claim also calls into question the amount of restitution included in the sentence, the claim cannot properly be raised by a motion under § 2255. *See, e.g.*, *Mamone v. United States*,

559 F.3d 1209, 1211 (11th Cir. 2009); *Blaik v. United States*, 161 F.3d 1341, 1342 (11th Cir. 1998).

On one or both of these two grounds, each claim in the § 2255 motion must be denied. Mr. Reinhard has chosen not to file a petition for a writ of *coram nobis* or to attempt to challenge the restitution award in any other way.

For these reasons,

IT IS ORDERED:

1. The report and recommendation, ECF No. 129, is accepted.

2. The clerk must enter judgment stating, "The motion for relief under 28 U.S.C. § 2255 is denied."

SO ORDERED on August 8, 2014.

                                             s/Robert L. Hinkle
                                             United States District Judge